IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**NORMAN HUGHES**                                                                     **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:05CV209-P-A**

**PANOLA COUNTY, MISSISSIPPI AND
DAVID CHANDLER, IN HIS INDIVIDUAL
CAPACITY**                                                  **DEFENDANTS**

**ORDER**

This cause is before the Court on the defendants' Motion to Consolidate [69]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be denied due to untimeliness.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion to Consolidate [69] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 26th day of June, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE